UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PHILLIP K. NUGENT,<br><br>　　　　　　　Defendant. | No.  2:14-cv-0317 JAM AC PS<br><br><br>ORDER |

　　　　The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

　　　　On February 6, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed February 6, 2014, are adopted in full;

　　　　2. This action is remanded to the Sacramento County Superior Court for lack of subject matter jurisdiction.

1  DATED: April 15, 2014

2                                             /s/ John A. Mendez_____

3                                             UNITED STATES DISTRICT COURT JUDGE